SOMERS PEDRICK, appellant,

*v.*

SARAH J. PEDRICK, respondent

On appeal from a decree dismissing the appellant's petition for a divorce on the ground of adultery, advised by Vice-Chancellor Bird.

*Mr. J. J. Crandall,* for appellant.

Holcombe v. Holcombe.

*Mr. John Harris*, for respondent.

PER CURIAM,

This decree affirmed for the reasons given by the vice-chancellor.

For affirmance — THE CHIEF-JUSTICE, DEPUE, MAGIE, REED, SCUDDER, VAN SYCKEL, CLEMENT, PATERSON, WHITAKER—9.

For reversal—DIXON, PARKER, BROWN—3.